# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>        Plaintiff,<br><br>v.<br><br>ERIN BURNETT, et al.,<br><br>        Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:25-cv-01024<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |

This is a pro se action filed by Plaintiff Ronald Satish Emrit against various Defendants.[1] Together with his complaint, Plaintiff requested leave to proceed in forma pauperis.[2] The Honorable Dustin B. Pead temporarily granted leave to proceed in forma pauperis but ordered Plaintiff to file an amended complaint because his initial complaint was frivolous and failed to state a claim upon which relief can be granted.[3] Judge Pead directed Plaintiff to file his amended complaint by no later than December 5, 2025, and warned that failure to file an amended complaint on time would lead to the dismissal of this action.[4]

When Platiniff missed the deadline to file an amended complaint, Judge Pead issued a joint order and report and recommendation, in which he granted Plaintiff's motion for leave to proceed in forma pauperis but recommended that this action be dismissed for frivolity and failure to state a claim.[5] Judge Pead set a fourteen-day deadline for any objections to the report and

---

[1] Dkt. No. 1 at 1.
[2] Dkt. No. 2 at 1.
[3] Dkt. No. 5 at 1, 5.
[4] *Id.* at 1, 8.
[5] Dkt. No. 13 at 1, 6–7.

recommendation and cautioned that any unraised objections may be considered waived upon subsequent review.[6] The fourteen-day deadline has passed, and no objections have been filed.

When no timely objection to a report and recommendation has been filed, the Court may adopt the report and recommendation if it is satisfied "that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's note to 1983 addition. Upon review of the record here, the Court finds that Judge Pead's analysis and conclusions are sound. Therefore, the Court ADOPTS the report and recommendation. This case is DISMISSED.

DATED this 17th day of June 2026.

BY THE COURT:

Ann Marie McIff Allen
United States District Judge

---

[6] *Id.* at 7.